IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Broadcast Music, Inc., et al., | No. CV-11-2062-PHX-ROS |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| Teakwoods Tavern, LLC, et al., | |
| Defendants. | |

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Based on the Court's review of Plaintiffs' Motion, the exhibits thereto, the record in this matter, and the Clerk's entry of default, Plaintiffs are entitled to entry of this Judgment.

Accordingly,

**IT IS ORDERED** the Motion for Default Judgment (Doc. 13) is **GRANTED**.

**IT IS FURTHER ORDERED**:

1. Plaintiffs shall recover from Teakwoods Tavern, LLC d/b/a Teakwoods Tavern & Grill, and Cheri Magill, jointly and severally, statutory damages in the amount of $27,000.00 ($3,000 per infringement for each of the nine willful copyright infringements committed by Defendants).

2. Plaintiffs shall recover from Teakwoods Tavern, LLC d/b/a Teakwoods Tavern & Grill, and Cheri Magill, jointly and severally, $6,094.50 in attorneys' fees.

3. Plaintiffs shall recover from Teakwoods Tavern, LLC d/b/a Teakwoods Tavern

1 & Grill, and Cheri Magill, jointly and severally, $571.60 in taxable costs.

2     4.    Plaintiffs shall recover statutory interest on all amounts herein, from the date
3 of entry of this Judgment.

4     5.    Teakwoods Tavern, LLC d/b/a Teakwoods Tavern & Grill, and Cheri Magill,
5 and their respective officers, agents, servants, employees, and attorneys, and all persons in
6 active concert or participation with any of them, are hereby permanently enjoined and
7 restrained from infringing, in any manner, the copyrighted musical compositions licensed by
8 Broadcast Music, Inc.; information pertaining to said musical compositions can be found at
9 www.bmi.com.

10     DATED this 9th day of March, 2012.

_____
Roslyn O. Silver
Chief United States District Judge